UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Crim. No. 3:94-106 (PAM/JGL) |
| Plaintiff, | |
| v. | **ORDER** |
| Dennell Malone, | |
| Defendant. | |

_____

This matter is before the Court on a request for early termination of supervised release. Defendant began his ten-year term of supervised release on August 30, 2019. He has complied with the rules and regulations of supervised release, and the Probation Office believes he is no longer in need of supervision. The Government does not oppose the request.

Accordingly, **IT IS HEREBY ORDERED that**:

1. The Request (Docket No. 807) is **GRANTED**; and

2. Defendant is **DISCHARGED** from supervised release and proceedings in this case are **TERMINATED**.

Dated:  September 17, 2024

*s/ Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge